# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **DEBORAH LAUFER,** <br> **Individually,** <br><br> **Plaintiff,** <br><br> v. <br><br> **BUTTERNUT, LLC** <br><br> **Defendant.** | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | **NOTICE OF VOLUNTARY DISMISSAL** <br><br> Case No. 3:20-cv-30071 |

The Plaintiff, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby dismisses Plaintiff's claims in this action against Defendant, Butternut, LLC, WITH PREJUDICE.

Dated: October 21, 2020                    Respectfully submitted,

/s/ Daniel G. Ruggiero, Esq.

_____

Daniel Goldsmith Ruggiero
275 Grove Street, Suite 2-400
Newton, MA 02466
Druggieroesq@gmail.com
(339) 237-0343 (phone)
(339) 707-2808 (fax)